United States District Court
Northern District of California

YOLANDA VASQUEZ-ZARATE,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,

    Defendant.

Case No.: CV 12-03843 KAW

ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE MOTION FOR SUMMARY JUDGMENT

On July 23, 2012, Plaintiff Yolanda Vasquez-Zarate filed this social security case. The parties have consented to the jurisdiction of a magistrate judge. *See* 28 U.S.C. § 636(c).

Pursuant to the Court's social security procedural order, Plaintiff was required to file a motion for summary judgment within 28 days of service of Defendant's answer. Defendant's answer was filed and served on March 13, 2013. (Dkt. No. 16.) Plaintiff's motion for summary judgment was therefore due on April 10, 2013, but Plaintiff has not filed a motion.

Accordingly, Plaintiff is ordered to show cause why her case should not be dismissed for failure to prosecute within fourteen days of the date of this order.

Failure to comply with this order will result in the dismissal of the case.

IT IS SO ORDERED.

Dated: July 5, 2013

KANDIS A. WESTMORE
United States Magistrate Judge