United States District Court
Northern District of California

YOLANDA VASQUEZ-ZARATE,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,

    Defendant.

Case No.: CV 12-03843 KAW

ORDER DISCHARGING ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE MOTION FOR SUMMARY JUDGMENT

On July 5, 2013, Court ordered Plaintiff to show cause on or before July 19, 2013 why the case should not be dismissed for failure to file a motion for summary judgment on or before April 10, 2013 in accordance with this district's procedural order for social security review actions. (Dkt. No. 20.)

On July 19, 2013, Plaintiff's counsel timely filed a response to the order to show cause, explaining that he had become ill and was hospitalized, and had obtained an oral agreement for an extension of time with opposing counsel. (Dkt. No. 22.) Also on July 19, 2013, Plaintiff's counsel filed Plaintiff's motion for summary judgment. (Dkt. No. 21.)

Accordingly, the Court's July 5, 2013 order to show cause is discharged.

IT IS SO ORDERED.

Dated: July 26, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge